# Court of Appeals
# of the State of Georgia

ATLANTA,___March 30, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A0921. CATHY MICHONET v. IH2 PROPERTY GEORGIA, L.P.

This is the fourth appeal filed by attorney Grady Roberts on behalf of Cathy Michonet in this dispossessory action. In the first, Case No. A14D0408, Michonet appealed from a magistrate court order dismissing her appeal to superior court. We transferred that case to Rockdale Superior Court on July 9, 2014. On October 13, 2014, the court issued a writ of possession in favor of IH2 Property Georgia, L.P., and denied Michonet's plea in abatement. Michonet filed an application to challenge that order, which we denied on October 29, 2014. See Case No. A15D0097. The trial court entered yet another writ of possession in favor of IH2 Property on January 20, 2015. Michonet filed an application to challenge that order on February 9, 2015. We dismissed the application as untimely. See Case No. A15D0257.

Meanwhile, the superior court granted IH2 Property's motions for supersedeas bond in the case. In this direct appeal, Michonet challenges the order granting the supersedeas bond. Because we have dismissed the underlying applications, any issues pertaining to the supersedeas bonds are moot. See, e.g., *Muhammad v. Power Lending, LLC*, 311 Ga. App. 347, 350 (5) (715 SE2d 734) (2011). And an appeal of an issue that has become moot is subject to dismissal. OCGA § 5-6-48 (b) (3). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/30/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*